| | | | | |
|---|---|---|---|---|
| Lenker v. Halifax Twp. Bd. of Super (Sweigard) | 163CD16 | 02/07/2017 | Dauphin County 2008–CV–614 LU | Affirmed |
| Commonwealth v. 2002 Honda (Kuehner) | 385CD16 | 02/07/2017 | Lehigh County CP–39–MD–0004144–2013 | Affirmed |
| Greco v. ZHB of Wilkes–Barre | 426CD16 | 02/07/2017 | Luzerne County 7450 of 2013 | Affirmed |
| West Brandywine Township v. Diromualdo | 38CD16, 198CD16 | 02/08/2017 | Chester County No. 15–00453–PL | Affirmed |
| Xavier v. DOC | 331MD16 | 02/08/2017 | Original Jurisdiction | Preliminary Objections Sustained |
| Ayerplace Enterprises v. WCAB (Royal) | 452CD16 | 02/08/2017 | Workers' Compensation Appeal Board A14–1283 | Reversed |
| Whitaker–Reid v. Pottsgrove SD | 371CD16 | 02/09/2017 | Montgomery County No. 2015–11933 | Reversed |
| Mallory v. UCBR | 2465CD15 | 02/10/2017 | Unemployment Compensation Board of Review B–583449 | Affirmed |
| Hawbaker v. WCAB (Kriner's Roofing) | 224CD16 | 02/13/2017 | Workers' Compensation Appeal Board A15–0137 | Affirmed |
| Kent v. PBPP | 362CD16 | 02/13/2017 | Board of Probation & Parole 6806–U | Dismissed |
| Gegen LLC v. Phila Parking Authority | 437CD16 | 02/13/2017 | Philadelphia County No. 00775 June Term, 2015 | Affirmed |
| Stein v. WCAB (S.D. of Phila.) | 782CD16 | 02/13/2017 | Workers' Compensation Appeal Board A15–0906 | Affirmed |
| Hart v. Bulldawg LLC | 107CD16 | 02/14/2017 | Philadelphia County July Term 2014 No. T0493 | Vacated and Remanded |
| Szymanski v. WCAB (City of Phila) | 494CD16 | 02/14/2017 | Workers' Compensation Appeal Board A14–0502 | Affirmed |
| McHenry v. PBPP | 531CD16 | 02/14/2017 | Board of Probation & Parole 040–FD | Affirmed |